1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

MIKE BORO,

No.  1:25-cv-00095-SAB (PC)

12

Plaintiff,

ORDER STRIKING UNSIGNED
COMPLAINT

13

v.

(ECF No. 1)

14

JOHN DOE 1, et al.,

15

Defendants.

ORDER TO FILE SIGNED COMPLAINT

16

17          Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42

18     U.S.C. § 1983.  Plaintiff filed the instant complaint on January 22, 2025.

19          The Court is required to screen complaints brought by prisoners seeking relief against a

20     governmental entity and/or against an officer or employee of a governmental entity. 28 U.S.C. §

21     1915A(a). In preparing to screen the complaint, the Court noted that Plaintiff's complaint lacks

22     any signature. Both the Federal Rules of Civil Procedure and this Court's Local Rules require that

23     all filed pleadings, motions and papers be signed by at least one attorney of record or by the party

24     personally if the party is unrepresented. Fed. R. Civ. P. 11(a); Local Rule 131(b). As Plaintiff's

25     complaint is unsigned, the Court must strike it from the record. Plaintiff will be permitted thirty

26     (30) days to file a signed complaint that complies with Federal Rules of Civil Procedure and the

27     Local Rules.

28

Based on the foregoing, it is HEREBY ORDERED that:

1.    Plaintiff's complaint, filed January 22, 2025, (ECF No. 1), is STRICKEN from the record for lack of signature;

2.    The Clerk of the Court is directed to send to Plaintiff a civil rights complaint form;

3.    Within thirty (30) days from the date of service of this order, Plaintiff SHALL file a signed complaint not to exceed twenty-five (25) pages in length (excluding exhibits); and

4.    Plaintiff is warned that the failure to comply with this order will result in dismissal of this action for failure to obey a court order and for failure to prosecute.

IT IS SO ORDERED.

Dated:    **January 31, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2