UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE BORO,<br><br>             Plaintiff,<br><br>     v.<br><br>JOHN DOE 1, et al.,<br><br>             Defendants. | No. 1:25-cv-00095-SAB (PC)<br><br>ORDER DIRECTING SERVICE OF SUBPOENA BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>(ECF Nos. 13, 14)<br><br>ORDER DIRECTING CLERK TO ATTACH COPY OF SUBPOENA TO THIS ORDER |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

The Court previously allowed Plaintiff to issue a subpoena to Corcoran State Prison in order to identify the Doe Defendants described in the operative complaint. (ECF No. 13.) Plaintiff has now completed and returned the subpoena and USM-285 form. (ECF No. 14.)

On the form subpoena Plaintiff identifies "[t]he names of the 2 transportation officers involved on the day of my injury from the incident report generated when I filed a staff complaint grievance or from the drive log paperwork produced to allow my off-site trip." (ECF No. 14.)

///

///

1

1       Plaintiff is seeking the assistance of the Litigation Coordinator at to provide

2 documentation and/or to identity the Doe transportation officers who transported Plaintiff in early

3 April, 2024 for an MRI on his back.  The Litigation Coordinator at Corcoran State Prison is

4 required to produce documents that identify, or that may reasonable help Plaintiff identify, the

5 Doe correctional officers involved in this action.

6       Accordingly, it is HEREBY ORDERED that:

7       1. The Litigation Coordinator at Corcoran State Prison has **thirty (30) days** from the date

8 of service of the subpoena to respond to the subpoena.

9       2. The Litigation Coordinator at Corcoran State Prison is required to produce documents

10 that identify, or that may reasonable help Plaintiff identify, the transportation officers who

11 transported him for an MRI in early April, 2024.

12       3. Any response and/or responsive documents shall be produced to Plaintiff at his current

13 address: **Mike Boro, at California State Prison, Corcoran, P.O. Box. 8800, Corcoran, CA**

14 **93212.**

15       4. The Clerk of Court shall forward the following documents to the United States

16 Marshals Service:

17       a. One (1) completed and issued subpoena duces tecum;

18       b. One (1) completed USM-285 form; and

19       c. Two (2) copies of this order, one to accompany the subpoena and one for the United

20 States Marshals Service.

21       5. The Clerk of Court is directed to attach a copy of the completed subpoena duces tecum

22 to this order (ECF No. 14).

23       6. Within twenty (20) days from the date of this order, the United States Marshals Service

24 SHALL effect personal service of the subpoena, along with a copy of this order, upon the

25 Litigation Coordinator at Corcoran State Prison pursuant to Rule 45 of the Federal Rules of Civil

26 Procedure and 28 U.S.C. § 566(c).

27       7. The United States Marshals Service is DIRECTED to retain a copy of the subpoena in

28 its file for future use.

8. Within ten (10) days after personal service is effected, the United States Marshals Service SHALL file the return of service.

IT IS SO ORDERED.

Dated: __**July 1, 2025**__

STANLEY A. BOONE
United States Magistrate Judge

3