UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE BORO,<br><br>                Plaintiff,<br><br>        v.<br><br>JOHN DOE 1, et al.,<br><br>                Defendants. | No.  1:25-cv-00095-SAB (PC)<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE WAIVER OF SERVICE OF PROCESS<br><br>(ECF No. 21) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants Alvaro and Barraza, Jr.'s motion for an extension of time to file a waiver of service of process.

Good cause having been presented, it is HEREBY ORDERED that Defendants shall file a waiver of service on or before **November 13, 2025**.

IT IS SO ORDERED.

Dated:   **October 28, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1