UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE BORO,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHN DOE 1, et al.,<br><br>            Defendants. | No.  1:25-cv-00095-SAB (PC)<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE<br><br>(ECF No. 26) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter is currently scheduled on February 17, 2026, at 9:30 a.m. before Magistrate Judge Barbara A. McAuliffe. (ECF No. 26.)

Due to a conflict in the Court's calendar, the settlement conference is continued to March 10, 2026, at 9:30 a.m.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The video settlement conference is continued to **March 10, 2026, at 9:30 a.m.**;
2. Counsel for Defendants shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the video and dial-in information, including any necessary passcodes, for all parties. Counsel for Defendant is also

1

required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information;

3. The parties shall provide confidential settlement statements, as specified in the Court's November 26, 2025 order, (ECF No. 26), no later than **March 3, 2026**; and

4. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Coordinator at California State Prison, Corcoran.

IT IS SO ORDERED.

Dated: __December 15, 2025__

STANLEY A. BOONE
United States Magistrate Judge