UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MIKE BORO,

            Plaintiff,

    v.

MANUEL BARRAZA, JR., et al.,

            Defendants.

No.  1:25-cv-00095-KES-SAB (PC)

ORDER GRANTING DEFENDANTS'
MOTION TO CONTINUE THE
SETTLEMENT CONFERENCE FROM
**MARCH 10, 2026** TO **APRIL 28, 2026**

(ECF No. 34)

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's motion to continue to settlement conference from March 10, 2026 to April 28, 2026, at 9:30 a.m.

Good cause having been presented, it is HEREBY ORDERED that the settlement conference set for March 10, 2026 is continued to **April 28, 2026**.  The parties shall submit their confidential settlement statements as set forth in the Court's November 26, 2025, order on or before April 21, 2026.

IT IS SO ORDERED.

Dated:   **March 4, 2026**

              STANLEY A. BOONE
              United States Magistrate Judge

1