UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE BORO, | No. 1:25-cv-00095-KES-SAB (PC) |
| Plaintiff, | ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANUM AS TO |
| v. | INMATE MIKE BORO, CDCR #BL-1584 |
| MANUEL BARRAZA, JR., et al., | (ECF No. 30) |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On February 10, 2026, the Court issued a writ of habeas corpus ad testificandum to produce Plaintiff for a remote settlement conference scheduled on March 10, 2026. (ECF No. 30.) By way of separate order, the settlement conference has been rescheduled from March 10, 2026, to April 28, 2026. Accordingly, the writ of habeas corpus ad testificandum issued on February 10, 2026, (ECF No. 30), is VACATED and will be reissued in due course.

IT IS SO ORDERED.

Dated:   **March 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1