UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE BORO, | No. 1:25-cv-00095-SAB (PC) |
| Plaintiff, | ORDER DIRECTING PARTIES TO SUBMIT DISPOSITIONAL DOCUMENTS WITHIN TWENTY-ONE DAYS |
| v. | |
| MANUEL BARRAZA, JR., et al., | (ECF No. 38) |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On March 26, 2026, Defendants filed a notice of settlement. (ECF No. 38.) Pursuant to Local Rule 160(b), it is HEREBY ORDERED that the parties shall file dispositional documents on or before **April 16, 2026**.

IT IS SO ORDERED.

Dated:  **March 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1